IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SANTITA DELANEY,

    Petitioner,

      v.                              CIVIL ACTION FILE
                                   NO. 1:10-CV-494-TWT

WARDEN LOREN GREYER,

    Respondent.

## ORDER

This is a Petition for a writ of habeas corpus by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending that the Petition be dismissed. I approve and adopt the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 30 day of November, 2010.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge